AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Laura B. Lenski, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:23-cv-00387-MGL |
| South Carolina Department of Mental Health, | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Laura B. Lenski, take nothing of the defendant, South Carolina Department of Mental Health, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, which recommended dismissal.

Date:  September 3, 2024                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Charles L. Bruorton

                                                                                        *Signature of Clerk or Deputy Clerk*